UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EDWARD L. POOL,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>HAROLD L. WHITE,<br><br>　　　　　　Defendant. | NO. 2:16-CV-00218-JLQ<br><br>ORDER DIRECTING ENTRY OF JUDGMENT AND CLOSING FILE |

　　　BEFORE THE COURT is the parties' Stipulation for Dismissal (ECF No. 45), which seeks dismissal of the action with prejudice, and without an award of costs or attorney fees to either party.

**IT IS HEREBY ORDERED**:

　　　Pursuant to the Stipulation (ECF No. 45) and Notice of Settlement (ECF No. 42), the Clerk of this court shall enter judgment of dismissal of the Complaint and the claims therein with prejudice and without an award of fees or costs to either party.

　　　**IT IS SO ORDERED**.  The Clerk shall enter this Order and Judgment, provide copies to counsel, and close this file.

　　　**DATED** this 31st day of July, 2017.

　　　　　　　　　　　s/ Justin L. Quackenbush
　　　　　　　　　　JUSTIN L. QUACKENBUSH
　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1